CHARLES G. COMSTOCK, Respondent, *v.* HARRY BENSKY, Appellant.

Argued June 9, 1937; decided July 13, 1937.

*Jay Leo Rothschild, Arthur S. Jarcho* and *Leo F. Potts* for appellant.

*Samuel S. Pines* and *Leo E. Falkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.